## CALLAHAN *vs.* THE STATE OF GEORGIA.

Where a motion for new trial was made on the ground of newly discovered evidence, and it did not appear that due diligence was exercised to procure the evidence at the trial, and the newly discovered evidence was negative in its character and effect, and was

cumulative and tended only to impeach a witness for the state, a new trial was properly refused.